**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 31, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30335
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEXANDER JACKSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-50077-01
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:*

Alexander Jackson appeals his conviction by a jury for being a felon in possession of a firearm. He asserts that the evidence was insufficient to establish that the item in question was a "firearm" as defined in 18 U.S.C. § 921(a)(3). After reviewing the record and the arguments of counsel, we hold that the evidence was sufficient for a reasonable jury to find that the item

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in question was in fact a "firearm."  See <u>United States v. Blevinal</u>, 607 F.2d 1124, 1128 (5th Cir. 1979); <u>United States v. Seastrunk</u>, 580 F.2d 800, 802 (5th Cir. 1978).  Consequently, the judgment of the district court is **AFFIRMED**.